IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET WATKINS WIFE OF/AND JAMES A. WATKINS INDIVIDUALLY AND ON BEHALF OF THEIR MINOR SONS, JMW, RAW, AND WJW,** | CASE NO. 22-cv-00551 |
| Plaintiffs, | |
| v. | JUDGE DARREL JAMES PAPILLION |
| **PLUM, PBC; NURTURE, INC.; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SALES, INC.; WHOLE FOODS MARKET, INC.; AND SEWERAGE AND WATER BOARD OF NEW ORLEANS,** | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

**NOW INTO COURT** comes Madeleine Brumley Clavier, a member of this Court and counsel of record for Plaintiffs, who respectfully requests that the below named visiting attorney be admitted *pro hac vice,* to serve as additional counsel on behalf of Plaintiffs in the above captioned matter.

Pedram Esfandiary
WISNER BAUM
11111 Santa Monica Blvd, Ste 1750
Los Angeles, CA 90025
Tel: 310-207-3233
pesfandiary@wisnerbaum.com

Applicant Pedram Esfandiary has executed a sworn statement pursuant to Local Rule 83.2.5, attached hereto as Exhibit 1. Additionally, Pedram Esfandiary is a member in good standing of the State Bar of California, as demonstrated in the Certificate of Good Standing attached hereto as Exhibit 2.

In accordance with Rule 2 of this Court's Administrative Procedures for Electronic Case Filing, a registration form is attached hereto as Exhibit 3 so that Pedram Esfandiary may be enrolled as a filing user in the Court's Electronic Filing System.

**WHEREFORE**, Madeleine Brumley Clavier, on behalf of Plaintiffs, prays this motion be granted and that Pedram Esfandiary be admitted to appear before this Court *pro hac vice* as additional counsel of record for Plaintiffs.

Date: September 19, 2023

Respectfully submitted,

*/s/ Madeleine Brumley Clavier*
Madeleine Brumley Clavier (#37432)
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, Colorado 80203
(303) 376-6360
mclavier@wagstafflawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on September 19, 2023, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice, was filed electronically with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

                                                          */s/ Madeleine Brumley Clavier*
                                                          Madeleine Brumley Clavier