IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET WATKINS WIFE OF/AND JAMES A. WATKINS INDIVIDUALLY AND ON BEHALF OF THEIR MINOR SONS, JMW, RAW, AND WJW,** | CIVIL ACTION No. 22-cv-00551 |
| Plaintiffs, | JUDGE DARREL J. PAPILLION |
| v. | MAGISTRATE JUDGE CURRAULT |
| **PLUM, PBC; NURTURE, INC.; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SALES, INC.; WHOLE FOODS MARKET, INC.; AND SEWERAGE AND WATER BOARD OF NEW ORLEANS,** | |
| Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective immediately, Walsh Law PLLC, attorneys for Plaintiffs in the above-captioned matter, has moved its Washington, DC office. All future correspondence, service of pleadings, and other documents should be directed to the following address:

> Alexandra M. Walsh
> Samuel A. Martin
> Walsh Law PLLC
> 14 Ridge Square NW
> Third Floor
> Washington, DC 20016

There will be no change to our telephone number, fax number, or email address.

Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh (admitted *pro hac vice*)
Samuel A. Martin
Walsh Law PLLC
14 Ridge Square NW
Third Floor
Washington, DC 20016
Tel: (202) 780-3014
Fax: (202) 780-3678
awalsh@alexwalshlaw.com
smartin@alexwalshlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2023, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice*, was filed electronically using the CM/ECF system. Notice of this filing will be sent tot all counsel of record registered to receive electronic service by operation of the CM/ECF system.

          */s/ Alexandra M. Walsh*
          Alexandra M. Walsh