IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGARET WATKINS WIFE OF/AND JAMES A. WATKINS INDIVIDUALLY AND ON BEHALF OF THEIR MINOR SONS, JMW, RAW, AND WJW<br><br>Plaintiffs,<br><br>v.<br><br>PLUM, PBC; NURTURE, INC.; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SALES, INC.; WHOLE FOODS MARKET, INC.; AND SEWERAGE AND WATER BOARD OF NEW ORLEANS<br><br>Defendants. | CASE NO. 2:22-CV-551<br><br><br><br>JUDGE DARREL J. PAPILLION<br><br><br><br><br><br>MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

## CONSENT MOTION TO CANCEL CONTRADICTORY HEARING

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Nurture LLC ("Nurture"), which, with the consent of counsel for Plaintiff, respectfully moves this Court for entry of an Order cancelling the October 18, 2023, 11:00 a.m., contradictory hearing before Magistrate Judge Donna Phillips Currault. By Order dated September 5, 2023, Magistrate Currault ordered that a contradictory hearing be held on October 18, 2023, as to Nurture and Hain Celestial Group, Inc.'s records requests directed to Plaintiff's minor half-sibling (Rec. Doc. 191). Because Plaintiff requested the minor half-sibling's records and is providing them to Nurture and Hain on a rolling basis, the matter set for the October 18, 2023 contradictory hearing is moot. Nurture does not waive any challenges to redactions applied to the minor half-sibling's records (and the parents' records) and reserves the right to raise those challenges with this Court. Plaintiff likewise does not waive any challenges to information requested by Defendants with regard to the minor half-

sibling's records (and the parents' talk therapy notes) and reserves the right to raise those challenges with this Court.

Dated: October 13, 2023

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**

/s/ Camala E. Capodice
QUENTIN F. URQUHART, JR. (La. Bar No. 14475)
CAMALA E. CAPODICE (La. Bar No. 29117)
GABRIEL J. WINSBERG (La. Bar No. 38943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
qurquhart@irwinllc.com
ccapodice@irwinllc.com
gwinsberg@irwinllc.com

AND-

**DLA PIPER LLP (US)**

Lyn Pruitt (admitted *pro hac vice*)
10809 Executive Center Drive
Suite 205
Little Rock, AR 72211
Telephone: (214) 743-4582
lyn.pruitt@dlapiper.com

Mary E. Gately (admitted *pro hac vice*)
Paul D. Schmitt (*admitted pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4507
Fax: (202) 799-5507
mary.gately@dlapiper.com
paul.schmitt@dlapiper.com

*Counsel for Nurture, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      <u>*/s/ Camala E. Capodice*</u>