THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Margaret Watkins and James A. Watkins, on Behalf
of Their Minor Son, JMW,

    *Plaintiffs*,

v.

Nurture, LLC.; Hain Celestial Group, Inc.;
Amazon.com Services, LLC.; Whole Foods Market
Services, Inc.; Does 1-100.

    *Defendants*.

Civil Action No. 22-CV-00551
District Judge Darrell James Papillion
Magistrate Judge Donna Phillips Currault

## PLAINTFF'S REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** comes Margaret Watkins and James A. Watkins, on behalf of their minor son, Plaintiff JMW, who respectfully request oral argument on Defendants' Nurture LLC and Hain Celestial Group Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6) Plaintiff's Punitive Damages Claim (Rec. Docs. 210, 219, 224). Plaintiff suggests that oral argument may be helpful to the Court to analyze the issues presented by Plaintiff's Response to Defendants' Motion for Dismissal. Further, this request is timely pursuant to Local Rule 78.1.

Respectfully submitted,

*/s/ Lindsey A. Cheek*
Lindsey A. Cheek (#34484)
The Cheek Law Firm, LLC
650 Poydras St., Suite 2310
New Orleans, LA 70130
Phone: (504) 304-4333
Fax: (504) 324-0629
Email: lcheek@thecheeklawfirm.com

Alexandra M. Walsh (*pro hac vice*)
Walsh Law PLLC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Tel: (202) 780-4127
Fax: (202) 780-3678
Email: awalsh@alexwalshlaw.com

Janna L. Maples (*pro hac vice*)
Walsh Law PLLC
1500 4th Avenue N
Ste Apt 202
Nashville, TN 37208
Tel: (615) 879-7804
Fax: (202) 780-3678
Email: jmaples@alexwalshlaw.com

Aimee H. Wagstaff (*pro hac vice* )
Madeleine Brumley Clavier (#37432)
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
Tel: (720) 208-9402
Email: awagstaff@wagstafflawfirm.com
mclavier@wagstafflawfirm.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

*/s/ Lindsey A. Cheek*