UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARGARET WATKINS, ET AL**                                    **CIVIL ACTION**

**V.**                                                          **NO. 22-551**

**PLUM, PBC, ET AL**                                            **SECTION: P(2)**

### NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed regarding **Motions to Dismiss (Rec. Docs. 210, 220)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**COURTNEY ANCAR, FOR THE COURT**
**CASE MANAGER, SECTION P**
**courtney_ancar@laed.uscourts.gov**