**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARGARET WATKINS AND JAMES WATKINS, ON BEHALF OF THEIR MINOR SON, JMW | CASE NO. 22-551 |
| Plaintiff, | JUDGE DARREL J. PAPILLION |
| v. | |
| NURTURE, LLC; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SERVICES LLC; WHOLE FOODS MARKET SERVICES, INC.; AND DOES 1-100 | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN**
**SUPPORT OF MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Nurture, LLC and The Hain Celestial Group ("Defendants"), which respectfully move this Court for leave to file a Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Punitive Damages Claim (Rec. Doc. 210). This Reply Memorandum will be helpful to the Court in evaluating Defendants' Motion and in considering the arguments raised by Plaintiff in his Opposition (Rec. Doc. 230).

WHEREFORE, Defendants respectfully request that this Court grant leave to file their Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Punitive Damages Claim.

Dated October 30, 2023

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE AND DANIELS, LLC**

/s/ *Camala E. Capodice*
QUENTIN F. URQUHART, JR. (La. Bar No. 14475)
CAMALA E. CAPODICE (La. Bar. No. 29117)
GABRIEL J. WINSBERG (La. Bar No. 38943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
qurquhart@irwinllc.com
ccapodice@irwinllc.com
gwinsberg@irwinllc.com

AND

DLA PIPER LLP (US)
Mary E. Gately (admitted pro hac vice)
Paul D. Schmitt (admitted pro hac vice)
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
mary.gately@dlapiper.com

AND

DLA PIPER LLP (US)
Lyn Pruitt (admitted pro hac vice)
10809 Executive Center Drive
Suite 205
Little Rock, AR 72211
Telephone: (214) 743-4582
lyn.pruitt@dlapiper.com

*Counsel for Nurture, LLC*

*/s/ Emily E. Eagan*

EMILY E. EAGAN (#29166)
JOHN C. WEGMANN (#38437)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800 – Hancock Whitney Center
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: eeagan@glllaw.com
Email: jwegmann@glllaw.com

*/s/ Michael X. Imbroscio*

Michael X. Imbroscio (*Pro Hac Vice*)
David N. Sneed (*Pro Hac Vice*)
Elizabeth T. Fouhey (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: +1 (202) 662-6000
Facsimile: +1 (202) 778-5868
Email: mimbroscio@cov.com
Email: dsneed@cov.com
Email: efouhey@cov.com

*Attorneys for The Hain Celestial Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Camala E. Capodice*