UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGARET WATKINS AND JAMES A. WATKINS ON BEHALF OF THEIR MINOR SON, JMW,<br><br>Plaintiff,<br><br>v.<br><br>NURTURE, INC.; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SALES, INC.; WHOLE FOODS MARKET SERVICES, INC.; DOES 1-100.<br><br>Defendants. | CIVIL ACTION NO. 22-CV-00551<br><br><br>DISTRICT JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6)

Defendants Whole Foods Market Services, Inc. ("Whole Foods") and Amazon.com Sales, LLC (Amazon and Whole Foods are collectively referred to as the "Retailer Defendants") respectfully request that this Court grant them leave to file the attached Reply Brief in support of their Motion to Dismiss the negligence claims asserted against them pursuant to Federal Rule 12(b)(6). The Retailer Defendants submit that this reply memorandum addresses arguments and cases cited by the Plaintiff in his Response (Rec. Doc. 232) and that the reply brief will assist the Court in ruling on the Retailer Defendants' Motion to Dismiss.

**WHEREFORE**, the Retailer Defendants respectfully request that the Court grant this motion, and allow them to file the accompanying Reply Brief in support of their Motion to Dismiss.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Brian M. Ballay*
STEVEN F. GRIFFITH, JR. (#27232)
BRIAN M. BALLAY (#29077)
ALEXANDRA B. RYCHLAK (#37612)
N. KORDELL CALDWELL (#40301)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
sgriffith@bakerdonelson.com
bballay@bakerdonelson.com
arychlak@bakerdonelson.com
kcaldwell@bakerdonelson.com

-and-

SAMUEL L. FELKER
(appearing *Pro Hac Vice*)
One Financial Plaza, Suite 1620
Fort Lauderdale, Florida 33394
Telephone: (615) 726-5558
Facsimile: (954) 337-7636
samfelker@bakerdonelson.com

**COUNSEL FOR WHOLE FOODS MARKET SERVICES, INC.**

2

    -and-

    __/s/__ Douglas J. Cochran_____
Douglas J. Cochran, La. Bar No. 20751
Nicholas J. Wehlen, La. Bar No. 29476
Walter F. Metzinger, III, La. Bar No. 37799
STONE PIGMAN WALTHER WITTMANN L.L.C.
One American Place, Suite 1150
301 Main Street
Baton Rouge, Louisiana 70825
Telephone: (225) 490-8900
Facsimile: (504) 581-3361
dcochran@stonepigman.com
nwehlen@stonepigman.com
fmetzinger@stonepigman.com

-and-

Ashley L. Vulin (*pro hac vice*)
P. Andrew McStay, Jr. (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
ashleyvulin@dwt.com
andymcstay@dwt.com

**ATTORNEYS FOR AMAZON.COM SALES LLC**