# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGARET WATKINS AND JAMES WATKINS, ON BEHALF OF THEIR MINOR SON, JMW<br>　　　　Plaintiff,<br><br>v.<br><br>NURTURE, LLC; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SERVICES LLC; WHOLE FOODS MARKET SERVICES, INC.; AND DOES 1-100<br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 22-551<br><br>SECTION: P (2)<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

## **ORDER**

Considering the foregoing Motion for Leave to file a Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Punitive Damages Claim filed by Defendants Nurture, LLC and The Hain Celestial Group (R. Doc. 240);

**IT IS ORDERED** that said Motion be and is **GRANTED**, and that the Reply in Support of Defendants' Motion to Dismiss be filed into the record of the above-captioned matter.

New Orleans, Louisiana this 31st day of October 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Darrel James Papillion*
　　　　　　　　　　　　　　　　　　DARREL JAMES PAPILLION
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE