UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW,<br><br>*Plaintiff,*<br><br>v.<br><br>Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100,<br><br>*Defendants.* | CIVIL ACTION NO. 22-551<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, comes Margaret Watkins and James A. Watkins, on behalf of their minor son, Plaintiff JMW, who respectfully request oral argument on Plaintiff's Motion to Compel (Rec. Doc. 250). Plaintiff suggests that oral argument may be helpful to the Court to analyze the issues presented in Plaintiff's Motion.

Date: November 7, 2023

Respectfully submitted,

*/s/ Madeleine Clavier*
Madeleine Brumley Clavier (#37432)
Aimee H. Wagstaff (*pro hac vice*)
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
Tel: (720) 208-9402
mclavier@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com

Janna L. Maples (*pro hac vice*)
Walsh Law PLLC
1500 4th Avenue N
Ste Apt 202
Nashville, TN 37208
Tel: (615) 879-7804
Fax: (202) 780-3678

1

jmaples@alexwalshlaw.com

Alexandra M. Walsh (*pro hac vice*)
Walsh Law PLLC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Tel: (202) 780-4127
Fax: (202) 780-3678
awalsh@alexwalshlaw.com

Lindsey A. Cheek (#34484)
The Cheek Law Firm, LLC
650 Poydras St., Suite 2310
New Orleans, LA 70130
Phone: (504) 304-4333
Fax: (504) 324-0629
lcheek@thecheeklawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

/s/ *Madeleine Clavier*