UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET WATKINS, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-551 |
| PLUM, PBC, ET AL. | * | SECTION "P" (2) |

### ORDER

Plaintiffs have filed an *Ex Parte/*Consent Motion to Withdraw Documents, specifically their Motion to Compel filed at ECF No. 250, which was marked as deficient and thus not filed. ECF No. 252.  As a deficient filing, the matter will not be scheduled for consideration by the court. Accordingly,

IT IS ORDERED that the Motion to Withdraw (ECF No. 252) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Compel and associated exhibits (ECF No. 250) be STRICKEN and WITHDRAWN from the public record.

New Orleans, Louisiana, this __13th__ day of November, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE