**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARGARET WATKINS AND JAMES WATKINS, ON BEHALF OF THEIR MINOR SON, JMW | CASE NO. 22-551 |
| Plaintiffs, | JUDGE DARREL J. PAPILLION |
| v. | |
| NURTURE, LLC; HAIN CELESTIAL GROUP, INC.; AMAZON.COM SERVICES LLC; WHOLE FOODS MARKET SERVICES, INC.; AND DOES 1-100 | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |
| Defendants. | |

**REQUEST FOR ORAL ARGUMENT**

**NOW INTO** COURT, through undersigned counsel, comes Defendant Nurture, LLC ("Nurture"), which respectfully requests oral argument on Nurture's Motion for Protective Order (Rec. Doc. 270). Nurture suggests that oral argument may be helpful to the Court to analyze the issues presented by the Motion for Protective Order.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC**

/s/ *Camala E. Capodice*
QUENTIN F. URQUHART, JR. (La. Bar No. 14475)
CAMALA E. CAPODICE (La. Bar. No. 29117)
GABRIEL J. WINSBERG (La. Bar No. 38943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
qurquhart@irwinllc.com
ccapodice@irwinllc.com
gwinsberg@irwinllc.com

AND

DLA PIPER LLP (US)
Mary E. Gately (admitted *pro hac vice*)
Paul D. Schmitt (admitted *pro hac vice*)
500 Eighth Street NW
Washington, DC 20004
Telephone: (202) 799-4507
mary.gately@dlapiper.com

COUNSEL FOR DEFENDANT NURTURE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Camala E. Capodice*