MINUTE ENTRY
CURRAULT, M. J.
NOVEMBER 29, 2023
MJSTAR: 00:15
Court Reporter: Sammantha Morgan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET WATKINS, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 22-551 |
| PLUM, PBC, ET AL | * | SECTION "P" (2) |

A hearing was held this date on Defendants' Nurture, LLC and Hain Celestial Group, Inc.'s Motion to Compel Unredacted Records(ECF No. 254). Plaintiffs, Margaret Watkins and James A. Watkins timely filed an Opposition Memorandum (ECF No. 266). Defendants sought leave and filed a Reply Memorandum (ECF Nos. 278-282).

Participating were:  Madeleine Clavier & Alexandra M. Walsh, Counsel for Plaintiffs;

Emily Eagan, Counsel for Defendant, Hain Celestial Group, Inc; and

Douglas Cochran, Counsel for Defendant, Amazon.com Services LLC;

After careful consideration of the parties' arguments, the record, and the applicable law, the Court determined that *in camera* inspection of the disputed documents is necessary for resolution of the motion. Accordingly,

IT IS ORDERED that Defendants' Motion to Compel (ECF No. 254) is DEFERRED, pending *in camera* inspection of review of the unredacted records in dispute.

IT IS FURTHER ORDERED that Plaintiff shall produce a hard copy of the unredacted records, with highlights of the proposed redactions, as soon as possible, and no later than MONDAY, DECEMBER 4, 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE