UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Margaret Watkins and James A. Watkins, On Behalf of Their Minor Son, JMW,**<br><br>Plaintiffs,<br><br>Vs.<br><br>**Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; Does 1-100,**<br><br>Defendants. | **Case No. 2:22-cv-00551-DJP-DPC**<br><br>**Judge Darrel James Papillion**<br><br>**Magistrate Judge Donna Phillips Currault** |

## AMAZON.COM SERVICES LLC'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR PROTECTIVE ORDER

Defendant Amazon.com Services LLC ("Defendant" or "Amazon"), in accordance with Rules 78.1 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, hereby requests oral argument on its Motion for Protective Order (R. Doc. 297), filed on this date.

Respectfully submitted,

*/s/       **Douglas J. Cochran***
Douglas J. Cochran, La. Bar No. 20751
Nicholas J. Wehlen, La. Bar No. 29476
Walter F. Metzinger, III, La. Bar No. 37799
STONE PIGMAN WALTHER WITTMANN L.L.C.
One American Place, Suite 1150
301 Main Street
Baton Rouge, Louisiana 70825
Telephone: (225) 490-8900
Facsimile: (504) 581-3361
dcochran@stonepigman.com
nwehlen@stonepigman.com
fmetzinger@stonepigman.com

*-and-*

Ashley L. Vulin (*pro hac vice*)
P. Andrew McStay, Jr. (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
ashleyvulin@dwt.com
andymcstay@dwt.com

*Attorneys for Amazon.com Services LLC*