IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW, *Plaintiff*, v. Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100, *Defendants*. | Case No. 2:22-cv-00551-DJP-DPC JUDGE DARREL JAMES PAPILLION MAGISTRATE DONNA PHILLIPS CURRAULT |

### EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW, who respectfully request that this Court allow Pedram Esfandiary and R. Brent Wisner of Wisner Baum, LLP to withdraw as counsel for Plaintiffs. No attorneys from Wisner Baum, LLP will remain as counsel of record for Plaintiffs. Plaintiffs further request that Pedram Esfandiary and R. Brent Wisner be removed from receiving notification of filings in this matter through the CM/ECF system.

Date: January 2, 2024

*/s/ Pedram Esfandiary*
Pedram Esfandiary (admitted *pro hac vice*)
R. Brent Wisner (admitted *pro hac vice*)
**WISNER BAUM, LLP**
11111 Santa Monica Blvd, Suite 1750,
Los Angeles, CA 90025
Email: pesfandiary@wisnerbaum.com
Email: rbwisner@wisnerbaum.com

**COUNSEL FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy was served electronically via the CM/ECF system, which will automatically provide notice to all attorneys of record.

This 2nd day of January 2024.

*/s/ Pedram Esfandiary*