IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James A. Watkins, on behalf of Their Minor Son, JMW, <br><br> *Plaintiff*, <br><br> v. <br><br> Nurture, LLC, Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100, <br><br> *Defendants*. | Case No. 2:22-cv-00551 <br><br> Judge Darrel James Papillion <br><br> Magistrate Judge Donna Phillips Currault |

### EX PARTE MOTION TO EXPEDITE SUBMISSION DATE ON PLAINTIFF'S MOTION FOR A MODIFICATION TO THE SCHEDULING ORDER

**MAY IT PLEASE THE COURT:**

Plaintiff Margaret Watkins and James A. Watkins, on behalf of Their Minor Son, JMW, through undersigned counsel, hereby respectfully moves the Court to expedite the submission date for Plaintiff's contemporaneously filed Motion for a Modification to the Scheduling Order.

Contemporaneously with this motion, Plaintiff has filed a Motion for a Modification to the Scheduling Order ("Motion"), seeking changes to the Scheduling Order that would briefly extend the deadlines for all Expert Reports, as well as the deadlines for the production of Witness Lists and the Close of Fact Discovery, based on Defendant Nurture's discovery problems and delays—the full breadth of which has recently become known to Plaintiff. Currently, Plaintiff's opening Expert Reports are due January 26, 2024, yet the next available submission date available for the Motion is not until January 24, 2024. Accordingly, Plaintiff needs to know the outcome of the Motion well in advance of this submission date and requests that the Motion be heard as soon as practicable. As the Court will see upon review of the Motion, all of the issues addressed in the Motion are either not new disputes and have previously been fully briefed by all parties, incident to a motion to compel, or have been the subject of extensive, substantive written meet-and-confer

correspondence from both sides—a fact which should significantly expedite any briefing Nurture may choose to submit in response to the Motion.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully request that the Court grant Plaintiff's Motion to Expedite Submission Date on Plaintiff's Motion for a Modification to the Scheduling Order.

Date: January 8, 2024

Respectfully submitted,

*/s/ Madeleine Brumley Clavier*
Madeleine Brumley Clavier (#37432)
Aimee H. Wagstaff (*pro hac vice*)
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
Tel: (720) 208-9402
mclavier@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com

Lindsey A. Cheek (#34484)
The Cheek Law Firm, LLC
650 Poydras St., Suite 2310
New Orleans, LA 70130
Phone: (504) 304-4333
Fax: (504) 324-0629
lcheek@thecheeklawfirm.com

Janna L. Maples (*pro hac vice*)
Walsh Law PLLC
1500 4th Avenue N
Ste Apt 202
Nashville, TN 37208
Tel: (615) 879-7804
Fax: (202) 780-3678
jmaples@alexwalshlaw.com

Alexandra M. Walsh (*pro hac vice*)
Walsh Law PLLC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Tel: (202) 780-4127
Fax: (202) 780-3678
awalsh@alexwalshlaw.com

*Attorneys for Plaintiffs*

-4-

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

                                             */s/ Madeleine Brumley Clavier*