IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James A. Watkins, on behalf of Their Minor Son, JMW,<br><br>*Plaintiff*,<br><br>V.<br><br>Nurture, LLC, Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100,<br><br>*Defendants*. | Case No. 2:22-cv-00551<br><br>Judge Darrel James Papillion<br><br>Magistrate Judge Donna Phillips Currault |

## **MOTION FOR A CONTINUANCE OF THE PRELIMINARY TELEPHONIC CONFERENCE AND SETTING OF A STATUS CONFERENCE**

**MAY IT PLEASE THE COURT:**

Plaintiff Margaret Watkins and James A. Watkins, on behalf of Their Minor Son, JMW, through undersigned counsel, hereby respectfully moves the Court for a continuance of the currently scheduled Preliminary Conference by telephone and for the scheduling of a status conference, for the purpose of discussing the case status and schedule.

The Court has scheduled a preliminary telephonic conference for February 1, 2024, at 10:00 a.m. CT, for the purpose of rescheduling the pre-trial conference and trial dates. It is Plaintiff's understanding that Your Honor is not scheduled to attend this conference. Plaintiff respectfully requests that this preliminary conference be postponed so that it may occur after or concurrent with a status conference before Your Honor concerning the case schedule. In particular, given the many moving parts in the instant matter, as well as the pending MDL petition, Plaintiff would like to discuss how a new trial date will implicate other case deadlines,

-2-

with a goal of using the pre-trial period as effectively and efficiently as possible. Plaintiff believes that deferring the preliminary conference so that the parties may first appear before Your Honor for a general status conference will help ensure an efficient use of the Court's time and a streamlined scheduling process.

Plaintiff has sought the position of Defendants on this motion and received a response from Defendant Nurture, who does not agree with the request for a continuance of the preliminary conference.

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully request that the Court grant Plaintiff's Motion for a continuance of the preliminary telephonic conference and for the scheduling of a status conference.

Dated: January 31, 2024

*/s/ Lindsey Cheek*
**Lindsey A. Cheek**
650 Poydras Street
Suite 2310
New Orleans, LA 70130
504-307-4333
Email: LCheek@thecheeklawfirm.com

**Alexandra M. Walsh**
Walsh Law PLLC
14 Ridge Square NW, Suite 342
Washington, DC 20016
202-780-4127
Fax: 202-780-3678
Email: awalsh@alexwalshlaw.com

**Janna L Maples**
Walsh Law PLLC
1500 4th Avenue N
Ste Apt 202
Nashville, TN 37208
615-879-7804
Fax: 202-780-3678
Email: jmaples@alexwalshlaw.com

**William L. Smith**
Walsh Law PLLC
13428 Maxella Avenue
Suite 203
Marina del Rey, CA 90292
202-780-3014
Fax : 202-780-3678
Email: wsmith@alexwalshlaw.com

**Madeleine Brumley Clavier**
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
720-208-9402
Email: mclavier@wagstafflawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2024, I served the foregoing document on all counsel of record via electronic service pursuant to the Federal Rules of Civil Procedure.

<em><u>/s/ Lindsey Cheek</u></em>