# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW, *Plaintiff,* v. Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100, *Defendants.* | CIVIL ACTION NO. 22-551 <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## UNOPPOSED/EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER

1. On February 1, 2024, this Court set new dates for the pretrial conference and trial—December 11, 2024 and January 6, 2025, respectively. The new trial date is nearly five months later than the prior trial date of August 12, 2024.

2. Plaintiff requests that the January 16, 2024 Amended Scheduling Order be modified as follows, in order to align the remainder of the case schedule with the new trial date:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Expert Reports | February 27, 2024 | May 1, 2024 |
| Defendants' Expert Reports | March 28, 2024 | June 12, 2024 |
| Rebuttal Expert Reports | April 25, 2024 | July 10, 2024 |
| Production of Witness Lists | May 15, 2024 | July 31, 2024 |
| Close of Fact Discovery | May 15, 2024 | May 15, 2024[1] |
| Dispositive Motion Deadline | June 14, 2024 | August 28, 2024 |
| Rule 702 Motion Deadline | June 21, 2024 | September 4, 2024 |
| Submission Date for Rule 702 Motions & Dispositive Motions | July 10, 2024 | September 18, 2024 |
| Other Motions *in Limine* | August 2, 2024 | November 1, 2024 |
| Responses to Motions *in Limine* | August 14, 2024 | November 15, 2024 |
| Final Pretrial Conference | December 11, 2024, 9:30 a.m. | SAME |

---

[1] All Parties reserve the right to cross notice or object to the cross noticing of depositions occurring in other related cases, after the close of fact discovery.

| Trial Commences | January 6, 2025, 9:00 a.m. | SAME |

3. The above amended schedule reflects the compromise proposed schedule the Parties agreed to during a meet and confer process. Defendants do not oppose this Motion.

4. A proposed order is attached.

Date: February 7, 2024

Respectfully submitted,

*/s/ Madeleine Brumley Clavier*
Madeleine Brumley Clavier (#37432)
Aimee H. Wagstaff (*pro hac vice*)
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
Tel: (720) 208-9402
mclavier@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com

Janna L. Maples (*pro hac vice*)
Walsh Law PLLC
1500 4th Avenue N
Ste Apt 202
Nashville, TN 37208
Tel: (615) 879-7804
jmaples@alexwalshlaw.com

Alexandra M. Walsh (*pro hac vice*)
Walsh Law PLLC
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Tel: (202) 780-4127
awalsh@alexwalshlaw.com

Lindsey A. Cheek (#34484)
The Cheek Law Firm, LLC
650 Poydras St., Suite 2310
New Orleans, LA 70130
Phone: (504) 304-4333
Fax: (504) 324-0629
lcheek@thecheeklawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

<em>/s/ Madeleine Brumley Clavier</em>