IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James A. Watkins, on behalf of Their Minor Son, JMW,<br><br>*Plaintiff*,<br><br>v.<br><br>Nurture, LLC, Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100,<br><br>*Defendants*. | Case No. 2:22-cv-00551-DJP-DPC<br><br>Judge Darrel James Papillion<br><br>Magistrate Judge Donna Phillips Currault |

## EX PARTE MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW, who respectfully moves this Court for an Order allowing the withdrawal of Janna L. Maples as counsel for record for Plaintiff in the above-captioned matter. Plaintiff further request that Janna L. Maples be removed from receiving notification of filings in this matter through the CM/ECF system. Ms. Maples is no longer affiliated with Walsh Law PLLC, effective February 9, 2024. Alexandra M. Walsh and William L. Smith of Walsh Law PLLC will remain as counsel of record for Plaintiff in this matter.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order withdrawing Janna L. Maples as counsel of record for Plaintiff in the above-captioned matter and that Ms. Maples be removed from receiving notification of filings in this matter through the CM/ECF system.

1

| | |
|---|---|
| Dated: March 8, 2024 | */s/Alexandra M. Walsh*<br>**Alexandra M. Walsh** *(pro hac vice)*<br>Walsh Law PLLC<br>14 Ridge Square NW, Suite 342<br>Washington, DC 20016<br>202-780-4127<br>Fax: 202-780-3678<br>Email: awalsh@alexwalshlaw.com<br><br>**William L. Smith** *(pro hac vice)*<br>Walsh Law PLLC<br>13428 Maxella Avenue<br>Suite 203<br>Marina del Rey, CA 90292<br>202-780-3014<br>Fax : 202-780-3678<br>Email: wsmith@alexwalshlaw.com<br><br>**Madeleine Brumley Clavier** (#37432)<br>**Aimee H. Wagstaff** *(pro hac vice)*<br>Wagstaff Law Firm<br>940 N Lincoln St.<br>Denver, CO 80203<br>720-208-9402<br>Email: mclavier@wagstafflawfirm.com<br><br>**Lindsey A. Cheek** (#34484)<br>650 Poydras Street<br>Suite 2310<br>New Orleans, LA 70130<br>504-307-4333<br>Email: LCheek@thecheeklawfirm.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

*/s/ Alexandra M. Walsh*
