UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET WATKINS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-551** |
| **NURTURE, LLC, ET AL** | **SECTION: "P" (2)** |

## ORDER

    The Court has under submission a Motion to Enforce Stipulation (R. Doc. 117) filed by Defendant Whole Foods Market, Inc. ("WFMI") seeking an Order dismissing WFMI and substituting Whole Food Market Services, Inc. ("WFMSI") in place of WFMI. Having carefully reviewed and considered the record in this action, the subject motion, the memoranda and materials submitted in connection with same, the Court **DENIES AS MOOT** the subject motion in light of Plaintiff's Amended Complaint (R. Doc. 197) which served to remove WFMI as a defendant in this action. As such, WFMSI is presently a party defendant in this action, and WFMI is no longer a party defendant in this action.

    New Orleans, Louisiana, this 26th day of March 2024.

                                            **DARREL JAMES PAPILLION**
                                            **UNITED STATES DISTRICT JUDGE**