# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW, <br><br> *Plaintiff,* <br><br> v. <br><br> Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100, <br><br> *Defendants.* | CIVIL ACTION NO. 22-551 <br><br> JUDGE DARREL JAMES PAPILLION <br><br> MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## JOINT CONSENT/UNOPPOSED MOTION TO STAY ALL DEADLINES

1. On April 11, 2024, the Judicial Panel on Multidistrict Litigation ("JPML") issued a Transfer Order, creating MDL No. 3101, In Re: Baby Food Marketing, Sales Practices and Products Liability Litigation (No. II). Ex. 1, Transfer Order. The Transfer Order transferred cases to the Honorable Jacqueline Scott Corley in the Northern District of California.

2. The *Watkins* case, while among the pending related actions, was not before the JPML for the purposes of its transfer order. Ex. 1 at 3. On April 12, 2024, the Clerk of the JPML indicated that the JPML would not be transferring the *Watkins* case to the MDL at this time. .

3. Pursuant to JPML Rules 6.1 and 7.1(b)(1), an involved party may move for transfer of an action into an existing MDL.

4. The parties intend to file a Motion to Transfer the *Watkins* case with the JPML in the coming days. In light of that imminent motion, and in the interests of judicial efficiency,

the Parties request a near-complete stay of the case and all deadlines, effective as of April 12, 2024, including:

    a. All operative deadlines and dates on the case schedule;

    b. All noticed depositions;

    c. All outstanding briefing currently due (including but not limited to Defendants' Reply Brief in support of their Motion to Compel Plaintiff to Provide Authorizations for Release of Military Records, currently due April 15, 2024);

    d. All unresolved motions;

    e. All deadlines for outstanding discovery responses;

    f. All deadlines for 3rd party subpoenas[1]; and

    g. The issuing of any new discovery requests in the *Watkins* matter.

5. One exclusion from this requested stay of proceedings is the Parties' completion of sealing- and redaction-related Orders issued by this Court that are currently pending on the case docket. The Parties intend to comply with all such Orders within the designated deadlines.

Date: April 15, 2024

Respectfully submitted,

*/s/ Madeleine Brumley Clavier*
Madeleine Brumley Clavier (#37432)
Aimee H. Wagstaff (*pro hac vice*)
Wagstaff Law Firm
940 N Lincoln St.
Denver, CO 80203
Tel: (720) 208-9402
mclavier@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com

---

[1] The Parties agree that subpoenas of third-parties will be stayed, but not withdrawn, to avoid the need for reissuance of the subpoenas.

>Alexandra M. Walsh (*pro hac vice*)
>Walsh Law PLLC
>1050 Connecticut Ave, NW
>Suite 500
>Washington, DC 20036
>Tel: (202) 780-4127
>awalsh@alexwalshlaw.com
>
>Lindsey A. Cheek (#34484)
>The Cheek Law Firm, LLC
>650 Poydras St., Suite 2310
>New Orleans, LA 70130
>Phone: (504) 304-4333
>Fax: (504) 324-0629
>lcheek@thecheeklawfirm.com
>
>*Attorneys for Plaintiff*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

/s/ Camala E. Capodice
QUENTIN F. URQUHART, JR. (La. Bar No. 14475)
CAMALA E. CAPODICE (La. Bar No. 29117)
GABRIEL J. WINSBERG (La. Bar No. 38943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
qurquhart@irwinllc.com
ccapodice@irwinllc.com
gwinsberg@irwinllc.com

*Counsel for Defendant Nurture, LLC*

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

/s/ Emily E. Eagan
EMILY E. EAGAN (#29166)
JOHN C. WEGMANN (#38437)
Suite 4800 – Hancock Whitney Center
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

Email: eeagan@glllaw.com

*Counsel for Defendant The Hain Celestial Group, Inc.*

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ**

 */s/ Brian M. Ballay*
STEVEN F. GRIFFITH, JR. (#27232)
BRIAN M. BALLAY (#29077)
ALEXANDRA B. RYCHLAK (#37612)
N. KORDELL CALDWELL (#40301)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
sgriffith@bakerdonelson.com
bballay@bakerdonelson.com
arychlak@bakerdonelson.com
kcaldwell@bakerdonelson.com

-and-

SAMUEL L. FELKER
(appearing *Pro Hac Vice*)
One Financial Plaza, Suite 1620
Fort Lauderdale, Florida 33394
Telephone: (615) 726-5558
Facsimile: (954) 337-7636
samfelker@bakerdonelson.com

*Attorneys for Whole Foods Market Services, Inc.*

*/s/ Ashley Vulin*
Ashley Vulin (*pro hac vice*)
Andrew McStay (*pro hac vice*)
Verónica Muriel Carrioni (*pro hac vice*)
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 778-5493
Facsimile: (503) 276-5793
AshleyVulin@dwt.com
Andymcstay@dwt.com
veronicamuriel@dwt.com
Douglas J. Cochran, La. Bar No. 20751

        Nicholas J. Wehlen, La. Bar No. 29476
        Walter F. Metzinger, III, La. Bar No. 37799
        Stone Pigman Walther Wittmann L.L.C.
        One American Place, Suite 1150
        301 Main Street
        Baton Rouge, Louisiana 70825
        Tel: (225) 490-8900; Fax: (504) 581-3361
        Email: dcochran@stonepigman.com
        nwehlen@stonepigman.com
        fmetzinger@stonepigman.com

*Attorneys for Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system.

        */s/ Madeleine Brumley Clavier*