# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW,<br><br>*Plaintiff,*<br><br>v.<br><br>Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100,<br><br>*Defendants.* | CIVIL ACTION NO. 22-551<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

## ORDER

Considering the foregoing Joint Consent/Unopposed Motion to Stay (R. Doc. 388), and for good cause shown;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The above-captioned case and all case dates and deadlines are hereby **STAYED as of April 12, 2024**, with the exception of any outstanding sealing and redaction submissions by the parties, as set forth in the Motion.

New Orleans, Louisiana this 16th day of April 2024.

*/s/ Darrel James Papillion*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**