UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET WATKINS, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-551 |
| NURTURE, LLC, ET AL. | * | SECTION "P" (2) |

## ORDER

In accordance with this Court's April 11, 2024 Order (ECF No. 385), Plaintiff submitted agreed redacted versions of Exhibits A and I to Defendants' Motion to Consider Whether Another Party's Documents Should Be Sealed (ECF No. 370) in support of their Motion to Compel Plaintiff to Provide Authorizations (ECF No. 374). ECF No. 394. Having conducted the required line-by-line analysis[1] and determined that the agreed redactions are appropriate,

IT IS ORDERED that the Clerk of Court file the parties' agreed redacted versions of Exhibits A and I (ECF Nos. 394-1, 394-2) into the record as additional attachments to Defendants' Motion to Compel Authorizations (ECF No. 374).

New Orleans, Louisiana, this  22nd  day of April, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] *Bin Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021); *June Medical Servs., L.L.C. v. Phillips*, 22 F.4th 512, 519-21 (5th Cir. 2022) (citations and internal quotations omitted).